Joseph L. **BARNETT** and Nellie Blanche
Barnett, Appellants,

v.

**UNITED STATES of America,**
Appellee.

No. 16677.

United States Court of Appeals
Ninth Circuit.

May 25, 1961.

George P. Holt, Honolulu, Hawaii, for
appellants.

Charles K. Rice, Asst. U. S. Atty., and
Lee A. Jackson, Robert N. Anderson,
Frederick E. Youngman, and Douglas
A. Kahn, Attys., Dept. of Justice, Washington, D. C., and Louis B. Blissard, U.
S. Atty., Honolulu, Hawaii, for appellee.

Before CHAMBERS, HAMLIN and
JERTBERG, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of the trial judge as reported, Barnett
v. United States, D. C., 174 F.Supp. 907.

The opinion, in our judgment, is correct in all respects.